The Law Offices of Jacob Hafter & Associates, PC
Andrew J. Westle, Bar No. 026729
2930 E. Camelback Rd., Suite 120
Phoenix, AZ 85016
Tel: (480) 422-3055 / Fax: (602) 957-1309
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Joseph John Lang

          Debtor

Case No.: 2:09-bk-16381 SCC

**Motion to Continue Hearing for Relief From Stay**

**Chapter 7**

Debtor, Mr. Joseph John Lang, by and through undersigned counsel, hereby respectfully requests that the Court grant a continuation of the hearing on the Motion for Relief from Stay, currently set for November 24, 2009. Debtor respectfully requests the continuation for the following reasons:

1. Debtor is active in loss mitigation with his lender.

2. Debtor has an active insurance policy through the lender which covers the past due balance on the loan.

3. Debtor needs more time to submit the disability claim that will activate the policy.

4. Debtor's insurance counsel needs more time to work with the bank to activate the above mentioned insurance policy, which would bring the account current, thus negating the need for foreclosure proceedings.

5. Debtor has, to date, been acting Pro Se, but now wishes to be represented by counsel.

6. Debtor's bankruptcy counsel will be out of the country for the entire week of November 24, 2009 and will be unable to appear at the hearing as currently scheduled.

7. Debtor's bankruptcy counsel will need time to work with insurance counsel to resolve the insurance policy issue.

8. Neither the Creditor requesting relief from the stay, nor the Court, will be prejudiced by a continuation of the hearing.

A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED: November 19, 2009.

The Law Offices of Jacob Hafter & Associates

/s/ Andrew J. Westle

---

Andrew J. Westle
Attorney for Debtor

ORIGINAL FILED/LODGED NOVEMBER 19, 2009, with:

Clerk of the Court
United States Bankruptcy Court, District of Arizona

A COPY of the foregoing mailed on November 19, 2009 to:

Tiffany and Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237