# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JOSEPH JOHN LANG |
| **Case Number:** | 2:09-bk-16831-SSC  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA

**R / M #:** 16 / 0

**VACATED: MOTION TO VACATE FILED BY MOVANT**

## Appearances:

NONE

## Proceedings:

VACATED: MOTION TO VACATE FILED BY MOVANT